1016

SPOKANE COUNTY, *Respondent*, v. SPECIALTY AUTO AND TRUCK PAINTING, INC., ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-04440-5, Richard W. Miller, J., entered March 12, 2002. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Schultheis, J. Now published at 119 Wn. App. 391.

THE STATE OF WASHINGTON, *Respondent*, v. LENNY RAY MATTHEWS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 01-1-00767-2, Evan E. Sperline, J., entered April 30, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.

THE STATE OF WASHINGTON, *Respondent*, v. DWAYNE A. KAMMEYER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00665-6, Richard J. Schroeder, J., entered May 30, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MELVIN RAMSTAD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-02533-4, Richard J. Schroeder, J., entered July 8, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.